IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DEJUAN B. THORNTON-BEY,** | : | CIVIL ACTION NO. 1:21-CV-874 |
| **Petitioner** | : | (Judge Conner) |
| v. | : | |
| **H. QUAY, WARDEN,** | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 27th day of May, 2022, upon consideration of petitioner's Rule 59(e) motion (Doc. 10), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that the motion (Doc. 10) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania